**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| ESDRAS A. PAGAN | : | |
| Debtor | : | Bankruptcy No. 18-11848 JKF |

**CERTIFICATION OF NO OBJECTION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY TO ALL CREDITORS BEYOND 30 DAYS UNDER SECTION 362(c)(3)(B) AND UNDER SECTION 105**

I, Raymond Kempinski, Esquire, counsel for Debtor, do hereby certify that:

1. March 23, 2018, I caused to be served, by ECF or first class United States mail, postage prepaid, a true and correct copy of the Debtor's Motion to Extend Automatic Stay against all creditors beyond the 30 days allowed under Section 362(c)(3)(A), upon the Standing Trustee, the U.S. Trustee, and the creditors on the list of creditors attached to the Certificate of Service.

2. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Respectfully submitted,

Dated: April 17, 2018

/s/ Raymond M. Kempinski
Raymond M. Kempinski
Attorney I.D. No. 93839
1700 Market Street
Suite 1005
Philadelphia, PA 19103