# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| ESDRAS A. PAGAN | : | |
| Debtor | : | Bankruptcy No.  18-11848 JKF |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. 362(c)(3)(b) (the "Motion"), and there being no opposition to the Motion,

It is hereby ORDERED that:

1.  The Motion is GRANTED.

2.  That the Automatic Stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. 362(d) and Fed. R. Bankr. P. 4001(a).

**Date: April 18, 2018**

Dated: _____, 2018            _____
                                                 United States Bankruptcy Judge

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick Reigle
PO Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Esdras Pagan
1309 Caledonia Drive
Warminster, PA 18974

Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103