| Statement of Earnings For: | **Esdras A Pagan** | | | | | Pillar To Post |
|---|---|---|---|---|---|---|
| Period Begin | 3/16/2018 | Company Id | 3697 | Employee Number | 0060 | 415 Davisville Road |
| Period End | 3/31/2018 | Department | 0001 | Pay Group | SEM | Suite 5 |
| Check Date | 4/5/2018 | | | SSN | XXX-XX-7033 | Willow Grove, PA 19090-0000 |
| Federal Filing | Married | Res State PA | | | | PA Exemptions  3 | PA Additional |
| Fed Exempts | 3 | Work State PA | | | | | |
| Fed Additional | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1029454 | $0.00 | $2,708.33 | $2,080.99 | |

| EARNINGS | | | *Not Included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| *401k Match | | 0.00 | 108.33 | 0.00 | 888.58 | SOC SEC EE | 167.92 | 1,377.33 | 401k | 135.42 | 1,110.77 |
| Regular | 31.2524 | 70.66 | 2,208.29 | 582.62 | 17,999.92 | MED EE | 39.27 | 322.12 | | | |
| Vacation | 31.2524 | 16.00 | 500.04 | 24.00 | 750.06 | FEDERAL WH | 172.87 | 1,593.74 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,465.00 | PENNSYLVANIA W | 83.15 | 682.03 | | | |
| | | | | | | UPPER MORELAND | 27.08 | 222.14 | | | |
| | | | | | | PENNSYLVANIA SU | 1.63 | 13.33 | | | |
| | | | | | | UPPER MORELAND | 0.00 | 10.00 | | | |
| Total: | | 86.66 | 2,708.33 | 606.62 | 22,214.98 | Total: | 491.92 | 4,220.69 | Total: | 135.42 | 1,110.77 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 16.00 | Balance 88.00 | Checking | Account: ####8572 | Deposit Amount: | 2,080.99 |

**THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.**

Pillar To Post
415 Davisville Road
Suite 5
Willow Grove, PA 19090-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/5/2018 | V1029454 |

TOTAL NET PAY

******$2,080.99

Your entire Net pay of $2,080.99 has been deposited in your bank account(s).

**Esdras A Pagan**
1309 Caledonia Drive
Warminster, PA 18974-0000

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Esdras A Pagan** | | | | | Pillar To Post |
|---|---|---|---|---|---|---|
| Period Begin | 4/1/2018 | Company Id | 3697 | Employee Number | 0060 | 415 Davisville Road |
| Period End | 4/15/2018 | Department | 0001 | Pay Group | SEM | Suite 5 |
| Check Date | 4/20/2018 | | | SSN | XXX-XX-7033 | Willow Grove, PA 19090-0000 |
| Federal Filing | Married | Res State PA | | | | PA Exemptions   3   PA Additional |
| Fed Exempts | 3 | Work State PA | | | | |
| Fed Additional | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1069248 | $0.00 | $2,708.33 | $2,081.00 | |

### EARNINGS   *Not included In Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| 401k Match | | 0.00 | 108.33 | 0.00 | 996.91 |
| Regular | 31.2524 | 86.66 | 2,708.33 | 669.28 | 20,708.25 |
| Vacation | | 0.00 | 0.00 | 24.00 | 750.06 |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,465.00 |
| **Total:** | | 86.66 | 2,708.33 | 693.28 | 24,923.31 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 167.92 | 1,545.25 |
| MED EE | 39.27 | 361.39 |
| FEDERAL WH | 172.87 | 1,766.61 |
| PENNSYLVANIA W | 83.15 | 765.18 |
| UPPER MORELAND | 27.08 | 249.22 |
| PENNSYLVANIA SU | 1.62 | 14.95 |
| UPPER MORELAND | 0.00 | 10.00 |
| **Total:** | 491.91 | 4,712.60 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k | 135.42 | 1,246.19 |
| **Total:** | 135.42 | 1,246.19 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: 0.0000 | Taken: 0.00 | Balance 88.00 |
|---|---|---|---|
| PTO | | | |

### DISTRIBUTION OF NET PAY

| Checking | Account: ####8572 | Deposit Amount: | 2,081.00 |
|---|---|---|---|

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

Pillar To Post
415 Davisville Road
Suite 5
Willow Grove, PA 19090-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/20/2018 | V1069248 |

**TOTAL NET PAY**
******$2,081.00

Your entire Net pay of $2,081.00 has been deposited in your bank account(s).

**Esdras A Pagan**
1309 Caledonia Drive
Warminster, PA 18974-0000

**NOT NEGOTIABLE**

| Statement of Earnings For: | Esdras A Pagan | | | | | Pillar To Post |
|---|---|---|---|---|---|---|
| Period Begin | 3/1/2018 | Company Id | 3697 | Employee Number | 0060 | 415 Davisville Road |
| Period End | 3/15/2018 | Department | 0001 | Pay Group | SEM | Suite 5 |
| Check Date | 3/20/2018 | | | SSN | XXX-XX-7033 | Willow Grove, PA 19090-0000 |
| Federal Filing | Married | Res State PA | | | | PA Exemptions  3   PA Additional |
| Fed Exempts | 3 | Work State PA | | | | |
| Fed Additional | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V983196 | $0.00 | $2,708.33 | $2,081.01 | |

### EARNINGS (*Not included in Totals)

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| *401k Match | | 0.00 | 108.33 | 0.00 | 780.25 |
| Regular | 31.2524 | 86.66 | 2,708.33 | 511.96 | 15,791.63 |
| Vacation | | 0.00 | 0.00 | 8.00 | 250.02 |
| Bonus | | 0.00 | 0.00 | 0.00 | 3,465.00 |
| Total: | | 86.66 | 2,708.33 | 519.96 | 19,506.65 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 167.91 | 1,209.41 |
| MED EE | 39.27 | 282.85 |
| FEDERAL WH | 172.87 | 1,420.87 |
| PENNSYLVANIA W | 83.15 | 598.88 |
| UPPER MORELAND | 27.08 | 195.06 |
| PENNSYLVANIA SU | 1.62 | 11.70 |
| UPPER MORELAND | 0.00 | 10.00 |
| Total: | 491.90 | 3,728.77 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k | 135.42 | 975.35 |
| Total: | 135.42 | 975.35 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| PTO | 0.0000 | 0.00 | 104.00 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####8572 | 2,081.01 |

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

Pillar To Post
415 Davisville Road
Suite 5
Willow Grove, PA 19090-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/20/2018 | V983196 |

**TOTAL NET PAY**

******$2,081.01

Your entire Net pay of $2,081.01 has been deposited in your bank account(s).

**Esdras A Pagan**
1309 Caledonia Drive
Warminster, PA 18974-0000

**NOT NEGOTIABLE**