

May 14, 2018

U.S. Bankruptcy Court
Eastern District of Pennsylvania (Philadelphia)

Re: Estras A. Pagan - Bankruptcy Case 18-11848
Notice to Withdraw Proof of Claim

Please withdraw proof of claim number one (1) as it is filed in error. Claim 13 represents the Department's current interest in the case.

Thank you

/s/ Patrick M. Miller

**Patrick M. Miller** | Bankruptcy Supervisor
PA Department of Revenue
Bureau of Compliance
4th and Walnut St. | Harrisburg, PA 17128
Phone: (717)783-6256
E-mail: patrickmi@pa.gov
www.revenue.state.pa.us