**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  ESDRAS A. PAGAN,                      Bankruptcy 18-11848-JKF
       Debtor                                                    Chapter 13

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Reverse Mortgage Solutions, Inc.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Kevin W. Lynch, Esquire (4904)
                         PA Bar ID: 54832
                         1240 N. Myrtlewood St.
                         Philadelphia, PA 19121-4515
                         (215) 821-9471
                         (609) 220-7385

DOCUMENTS:    ☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

                          ☐ All documents and pleadings of any nature.

Date:  6/26/18                                        Signature  _Kevin Lynch_