UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Esdras A. Pagan<br>Debtor,<br>REVERSE MORTGAGE SOLUTIONS, INC.,<br><br>    Movant,<br>v.<br>Esdras A. Pagan  and<br>FREDERICK L. REIGLE, Ch. 13 Trustee<br>    Respondents. | Bankruptcy No. 18-11848-jkf<br><br>Chapter  13 |

ORDER OF COURT

AND NOW, this 28th day of June, 2018, upon consideration of REVERSE MORTGAGE SOLUTIONS, INC.,'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), ~~any response thereto and that it is not necessary for an effective reorganization,~~ it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally~~ terminated with respect to REVERSE MORTGAGE SOLUTIONS, INC., ; and it is further

ORDERED, that REVERSE MORTGAGE SOLUTIONS, INC., be entitled to proceed with appropriate state court remedies against the property located at 5928 Newtown Ave, Philadelphia, PA 19120, ~~including without limitation a sheriff's sale of the property~~, and it is further

ORDERED that REVERSE MORTGAGE SOLUTIONS, INC., shall provide notice of any surplus to the Trustee prompty after the property is disposed of.

ORDERED that REVERSE MORTGAGE SOLUTIONS, INC.'s request to waive the 14-day stay period pursuant to Fed. R. Bankr. P. 4001(a)(3) is granted. that no other relief is granted.

BY THE COURT

*Jean K. FitzSimon*

Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge