United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Esdras A. Pagan  
      Debtor

Case No. 18-11848-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 29, 2018  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.  
db          +Esdras A. Pagan,    1309 Caledonia Drive,    Warminster, PA 18974-3943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:

       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       JEROME B. BLANK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com  
       KEVIN M. BUTTERY    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyefile@rasflaw.com  
       KEVIN W. LYNCH    on behalf of Creditor    Reverse Mortgage Solutions, Inc. kwlynch@comcast.net  
       RAYMOND M. KEMPINSKI    on behalf of Debtor Esdras A. Pagan ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       STEPHEN MATTHEW DUNNE    on behalf of Debtor Esdras A. Pagan bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                      TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Esdras A. Pagan<br>Debtor,<br>REVERSE MORTGAGE SOLUTIONS, INC.,<br><br>    Movant,<br>v.<br>Esdras A. Pagan  and<br>FREDERICK L. REIGLE, Ch. 13 Trustee<br>    Respondents. | Bankruptcy No. 18-11848-jkf<br><br>Chapter  13 |

ORDER OF COURT

AND NOW, this 28th day of June, 2018, upon consideration of REVERSE MORTGAGE SOLUTIONS, INC.,'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), ~~any response thereto and that it is not necessary for an effective reorganization,~~ it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally~~ terminated with respect to REVERSE MORTGAGE SOLUTIONS, INC., ; and it is further

ORDERED, that REVERSE MORTGAGE SOLUTIONS, INC., be entitled to proceed with appropriate state court remedies against the property located at 5928 Newtown Ave, Philadelphia, PA 19120, ~~including without limitation a sheriff's sale of the property~~, and it is further

ORDERED that REVERSE MORTGAGE SOLUTIONS, INC., shall provide notice of any surplus to the Trustee prompty after the property is disposed of.

18-11848-jkf
17-077582
MFR

ORDERED that REVERSE MORTGAGE SOLUTIONS, INC.'s request to waive the 14-day stay period pursuant to Fed. R. Bankr. P. 4001(a)(3) is granted. that no other relief is granted.

BY THE COURT

*Jean K. FitzSimon*

Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge

18-11848-jkf
17-077582
MFR