IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ESDRAS A. PAGAN | : | |
| DEBTOR | : | CASE NO:   18-11848-JKF |
| _____ | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this          day of               2018, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$2,000.00** is approved and the balance due counsel in the amount of **$2,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____

Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

**Date: September 27, 2018**

cc:   Stephen M. Dunne, Esq.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Esdras A. Pagan
1309 Caledonia Drive
Warminster, PA 18974

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107