United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Esdras A. Pagan  
      Debtor

Case No. 18-11848-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Sep 27, 2018 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.  
db          +Esdras A. Pagan,   1309 Caledonia Drive,    Warminster, PA 18974-3943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:

          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          JEROME B. BLANK   on behalf of Creditor   Pennymac Loan Services, LLC paeb@fedphe.com  
          KEVIN M. BUTTERY   on behalf of Creditor   Reverse Mortgage Solutions, Inc. bkyefile@rasflaw.com  
          KEVIN W. LYNCH   on behalf of Creditor   Reverse Mortgage Solutions, Inc. kwlynch@comcast.net  
          RAYMOND M. KEMPINSKI   on behalf of Debtor Esdras A. Pagan ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
          REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
          STEPHEN MATTHEW DUNNE   on behalf of Debtor Esdras A. Pagan bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Pennymac Loan Services, LLC paeb@fedphe.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com  
          TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ESDRAS A. PAGAN | : | |
| DEBTOR | : | CASE NO:    18-11848-JKF |
| _____ | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this          day of                    2018, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$2,000.00** is approved and the balance due counsel in the amount of **$2,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

**Date: September 27, 2018**

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      Esdras A. Pagan
      1309 Caledonia Drive
      Warminster, PA 18974

      William C. Miller, Esq.
      Chapter 13 Trustee
      1234 Market Street, Suite 1813
      Philadelphia, PA 19107