| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-11848-AMC**

ESDRAS A PAGAN  
1309 CALEDONIA DRIVE  
WARMINSTER  PA    18974

Petition Filed Date: 03/19/2018  
341 Hearing Date: 05/11/2018  
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/11/2019 | $500.00 | | 03/11/2019 | $570.00 | | 03/11/2019 | $1,070.00 | |
| 04/03/2019 | $2,140.00 | Delinquency (C | 05/03/2019 | $570.00 | 208120587378 | 05/03/2019 | $500.00 | 208120587367 |
| 07/31/2019 | $2,140.00 | Monthly Plan P | 12/02/2019 | $2,140.00 | | 02/28/2020 | $3,000.00 | |
| 02/28/2020 | $3,420.00 | | 06/11/2020 | $1,500.00 | | 06/12/2020 | $2,780.00 | |

**Total Receipts for the Period: $20,330.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,655.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,209.15 | $0.00 | $2,209.15 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $503.99 | $0.00 | $503.99 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $790.25 | $0.00 | $790.25 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $1,826.16 | $0.00 | $1,826.16 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $961.96 | $0.00 | $961.96 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $666.77 | $0.00 | $666.77 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 13P | Priority Crediors | $482.13 | $482.13 | $0.00 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 13U | Unsecured Creditors | $23.25 | $0.00 | $23.25 |
| 15 | PECO ENERGY COMPANY<br>»» 015 | Unsecured Creditors | $2,088.60 | $0.00 | $2,088.60 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $43,674.03 | $17,313.12 | $26,360.91 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,488.21 | $0.00 | $1,488.21 |
| 9 | REVERSE MORTGAGE SOLUTIONS<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $8,338.38 | $3,305.47 | $5,032.91 |
| 8 | WELLS FARGO<br>»» 08S | Secured Creditors | $862.40 | $341.86 | $520.54 |
| 8 | WELLS FARGO<br>»» 08U | Unsecured Creditors | $979.76 | $0.00 | $979.76 |

| 7 | STEPHEN MATTHEW DUNNE ESQ<br>»» 007 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,655.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $23,442.58 | Arrearages: | $1,070.00 |
| Paid to Trustee: | $2,212.42 | Total Plan Base: | $60,965.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.