| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-11848-AMC**

ESDRAS A PAGAN
1309 CALEDONIA DRIVE
WARMINSTER PA    18974

Petition Filed Date: 03/19/2018
341 Hearing Date: 05/11/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/28/2020 | $3,000.00 | | 02/28/2020 | $3,420.00 | | 06/11/2020 | $1,500.00 | |
| 06/12/2020 | $2,780.00 | | 11/02/2020 | $4,280.00 | | 11/16/2020 | $1,070.00 | |
| 12/28/2020 | $1,070.00 | | 02/05/2021 | $1,070.00 | | 03/26/2021 | $1,070.00 | |

**Total Receipts for the Period: $19,260.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $34,215.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,209.15 | $0.00 | $2,209.15 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $503.99 | $0.00 | $503.99 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $790.25 | $0.00 | $790.25 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $1,826.16 | $0.00 | $1,826.16 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $961.96 | $0.00 | $961.96 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $666.77 | $0.00 | $666.77 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 13P | Priority Crediors | $482.13 | $482.13 | $0.00 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 13U | Unsecured Creditors | $23.25 | $0.00 | $23.25 |
| 15 | PECO ENERGY COMPANY<br>»» 015 | Unsecured Creditors | $2,088.60 | $0.00 | $2,088.60 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $43,674.03 | $23,888.65 | $19,785.38 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,488.21 | $0.00 | $1,488.21 |
| 9 | REVERSE MORTGAGE SOLUTIONS<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $8,338.38 | $4,560.90 | $3,777.48 |
| 8 | WELLS FARGO<br>»» 08S | Secured Creditors | $862.40 | $471.70 | $390.70 |
| 8 | WELLS FARGO<br>»» 08U | Unsecured Creditors | $979.76 | $0.00 | $979.76 |
| 7 | STEPHEN MATTHEW DUNNE ESQ<br>»» 007 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,215.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $31,403.38 | Arrearages: | $3,210.00 |
| Paid to Trustee: | $2,811.62 | Total Plan Base: | $60,965.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.