# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Esdras A. Pagan<br><br>　　　　　　　　　　Debtor(s)<br><br>PennyMac Loan Services, LLC<br>　　　　　　　　　　Movant<br><br>v.<br><br>Esdras A. Pagan<br>and Scott Waterman, Esquire<br>　　　　　　　　　　Respondents | 18-11848 AMC<br><br>Chapter 13 Proceeding |

20-0421

**ORDER**

AND NOW, this _____ day of _____, 2021, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, PennyMac Loan Services, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 1309 Caledonia Drive , Warminster, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, PennyMac Loan Services, LLC shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

**Date: December 1, 2021**

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Sarah K. McCaffery
Attorney for Movant

Stephen Matthew Dunne, Esquire
Attorney for Debtor(s)

Esdras A. Pagan
Debtor(s)

Scott Waterman, Esquire
Trustee