United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 18-11848-amc

Esdras A. Pagan                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Esdras A. Pagan, 1309 Caledonia Drive, Warminster, PA 18974-3943 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com |
| KEVIN M. BUTTERY | on behalf of Creditor Reverse Mortgage Solutions  Inc. cdigianantonio@rascrane.com |
| KEVIN W. LYNCH | on behalf of Creditor Reverse Mortgage Solutions  Inc. kwlynch@comcast.net |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

RAYMOND M. KEMPINSKI
on behalf of Debtor Esdras A. Pagan raykemp1006@gmail.com  raykemp1006@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
on behalf of Creditor Pennymac Loan Services  LLC robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
on behalf of Debtor Esdras A. Pagan bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

THOMAS SONG
on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Esdras A. Pagan<br><br>                        Debtor(s) | 18-11848 AMC<br><br>Chapter 13 Proceeding |
| PennyMac Loan Services, LLC<br>                Movant<br>v.<br>Esdras A. Pagan<br>and Scott Waterman, Esquire<br>                Respondents | |

20-0421

### ORDER

AND NOW, this        day of              , 2021, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, PennyMac Loan Services, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 1309 Caledonia Drive , Warminster, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, PennyMac Loan Services, LLC shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

**Date: December 1, 2021**

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Sarah K. McCaffery
Attorney for Movant

Stephen Matthew Dunne, Esquire
Attorney for Debtor(s)

Esdras A. Pagan
Debtor(s)

Scott Waterman, Esquire
Trustee