IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ESDRAS A. PAGAN,<br>Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>Movant,<br><br>v.<br><br>ESDRAS A. PAGAN, and<br>SCOTT F. WATERMAN, Trustee,<br><br>Respondents. | Bankruptcy No. 18-11848-amc<br><br>Chapter 13<br><br>Document No. 63, 64 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing *Certification of Default of Stipulation to Resolve the Motion for Relief from Automatic Stay RE: 2013 Toyota Camry Sedan, VIN# 4T1BF1FK7DU712599*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Toyota Motor Credit Corporation, d/b/a Lexus Financial Services.

**Date: December 29, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Court Judge