United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11848-amc |
| Esdras A. Pagan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Esdras A. Pagan, 1309 Caledonia Drive, Warminster, PA 18974-3943 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 31, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor Pennymac Loan Services LLC bankruptcy@powerskirn.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| KEVIN M. BUTTERY | on behalf of Creditor Reverse Mortgage Solutions Inc. cdigianantonio@rascrane.com |
| KEVIN W. LYNCH | on behalf of Creditor Reverse Mortgage Solutions Inc. kwlynch@comcast.net |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | |
|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Debtor Esdras A. Pagan raykemp1006@gmail.com raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Pennymac Loan Services LLC robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
    on behalf of Creditor Pennymac Loan Services LLC bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Esdras A. Pagan bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

THOMAS SONG
    on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> ESDRAS A. PAGAN, <br>    Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>   Movant, <br><br>  v. <br><br> ESDRAS A. PAGAN, and <br> SCOTT F. WATERMAN, Trustee, <br><br>   Respondents. | Bankruptcy No. 18-11848-amc <br><br> Chapter 13 <br><br> Document No. 63, 64 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing *Certification of Default of Stipulation to Resolve the Motion for Relief from Automatic Stay RE: 2013 Toyota Camry Sedan, VIN# 4T1BF1FK7DU712599*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Toyota Motor Credit Corporation, d/b/a Lexus Financial Services.

**Date: December 29, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Court Judge