United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-11848-amc

Esdras A. Pagan  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 12, 2022      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Esdras A. Pagan, 1309 Caledonia Drive, Warminster, PA 18974-3943 |
| 14099021 | + | DUNNE LAW OFFICES, P.C., 1515 MARKET STREET, SUITE 1200, PHILADELPHIA, PA 19102-1932 |
| 14097241 | | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14555213 | + | PennyMac Loan Services, LLC, Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14076027 | | Phelan Hallinan Diamond & Jones LLP, 1617 JKF Blvd, Philadelphia, PA 19103 |
| 14102136 | + | REVERSE MORTGAGE SOLUTIONS, INC., 14405 Walters Road, Suite 200, Houston TX 77014-1345 |
| 14200363 | | Reverse Mortgage Solutions, Inc., c/o Kevin W. Lynch, Esq., 1240 N. Myrtlewood St., Philadelphia PA 19121-4515 |
| 14084864 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14076029 | + | WFFNB/Furniture Barn, Wells Fargo Financial National Bank, Po Box 10438, Des Moines, IA 50306-0438 |
| 14102013 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| NONE | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:07:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 13 2022 00:07:00 | Reverse Mortgage Solutions, Inc., Robertson, Anschutz & Schneid, P. L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14076022 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 00:09:11 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14076023 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 13 2022 00:07:00 | Diversified Consultant, Dci, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14076025 | | Email/Text: mortgagebksupport@citizensbank.com | Jan 13 2022 00:07:00 | Franklin American Mortgage, 501 Corporate Centre Dr, Franklin, TN 37067 |
| 14076024 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 13 2022 00:09:06 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14096474 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 00:07:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14076026 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 13 2022 00:07:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14109492 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

Case 18-11848-amc    Doc 100    Filed 01/14/22    Entered 01/15/22 00:32:01    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 13 2022 00:07:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14097241 | | Email/PDF: ebnotices@pnmac.com | Jan 13 2022 00:09:03 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14088418 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 00:09:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14076633 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 13 2022 00:09:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14080539 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14108294 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2022 00:07:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14095308 | + | Email/Text: RASEBN@raslg.com | Jan 13 2022 00:07:00 | ROBERTSON, ANSCHUTZ & SCHNEID, P.L., BANKRUPTCY DEPARTMENT, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 14082109 | | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2022 00:09:07 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14076028 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 13 2022 00:07:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 29 |

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

KEVIN M. BUTTERY
    on behalf of Creditor Reverse Mortgage Solutions Inc. cdigianantonio@rascrane.com

KEVIN W. LYNCH
    on behalf of Creditor Reverse Mortgage Solutions Inc. kwlynch@comcast.net

MARIO J. HANYON
    on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Debtor Esdras A. Pagan raykemp1006@gmail.com raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Pennymac Loan Services LLC robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
    on behalf of Creditor Pennymac Loan Services LLC bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Esdras A. Pagan bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

THOMAS SONG
    on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    ESDRAS A PAGAN<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 18-11848-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 12, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE